| | |
|---|---|
| Name | Charles S. Price |
| Bar # | 006197 |
| Firm | Dickinson Wright PLLC |
| Address | 1850 N. Central Avenue |
| | Suite 1400 |
| | Phoenix, AZ  85004 |
| Telephone | (602) 285-5042 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Xcentric Ventures, LLC d/b/a Ripoff Re[port]

Plaintiff,

vs.

Joshua Polloso, Epifaniou and Pierre Zarokian,

Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Xcentric Ventures, LLC, d/b/a Ripoff Report.com, in compliance with the provisions of: *(check one)*

✓ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

[ ] Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  31st  day of  October , 2018 .

/s/ Charles S. Price
_____
Counsel of Record

Certificate of Service:

Original of the foregoing filed this 31st day of October, 2018.

and a copy will be served on the Defendants with this Complaint.

/s/ Susan Johnson

- 2 -