| Attorney or Party without Attorney:<br>DICKINSON WRIGHT, PLLC<br>CHARLES S PRICE (006197)<br>1850 N CENTRAL AVE SUITE 1400<br>PHOENIX, AZ 85004<br>Telephone No: (602) 285-5000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: 2:18-CV-03661-JZB | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: XCENTRIC VENTURES LLC, D/B/A RIPOFF REPORT.COM<br>Defendant: JOSHUA POLLOSO EPIFANIOU; PIERRE ZAROKIAN | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-CV-03661-JZB |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-B

3. a. Party served:     PIERRE ZAROKIAN
   b. Person served:   PIERRE ZAROKIAN , Caucasian , Male , Age: 65 , Hair: Black , Eyes: Brown , Height: 6'2" , Weight: 200 lbs.

4. Address where the party was served:   401 W WASHINGTON ST, PHOENIX, AZ 85003

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 12 2018 (2) at: 02:34 PM

Service: $98.59, Mileage: $24.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $132.59

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. John Mitchell MC-8436
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

12/13/2018     *John Mitchell*
(Date)         (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   Subscribed and sworn to (or affirmed) before on this  13  day of December , 2018 by John Mitchell (MC-8436) proved to me on the basis of satisfactory evidence to be the person who appeared before me.



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555798
MY COMMISSION EXPIRES
DECEMBER 05, 2022

(Notary Signature)

AFFIDAVIT OF SERVICE

2884832 (10339238)



FL FIRSTLEGAL