Charles S. Price (006197)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, AZ  85004
Phone: (602) 285-5000
Fax: (602) 285-5100
cprice@dickinsonwright.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, d/b/a Ripoff Report.com,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joshua Polloso Epifaniou and Pierre Zarokian,<br><br>　　　　Defendants. | Case No. 2:18-cv-03661-JZB<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER** |

Plaintiff Xcentric Ventures, LLC d/b/a RipoffReport.com and Defendant Pierre Zarokian hereby stipulate that the time for Defendant Pierre Zarokian to answer the Complaint herein may be extended from January 2, 2019 to January 16, 2019.

**DATED** this 28th[th] day of December, 2018.

　　　　　　　　　　　　　　　　**DICKINSON WRIGHT PLLC**

　　　　　　　　　　　　　　　　*/s/ Charles S. Price*
　　　　　　　　　　　　　　　　Charles S. Price
　　　　　　　　　　　　　　　　1850 North Central Avenue, Suite 1400
　　　　　　　　　　　　　　　　Phoenix, AZ  85004

　　　　　　　　　　　　　　　　**PIERRE ZAROKIAN**

　　　　　　　　　　　　　　　　*/s/ Pierre Zarokian (with permission)*
　　　　　　　　　　　　　　　　Pierre Zarokian
　　　　　　　　　　　　　　　　Submit Express
　　　　　　　　　　　　　　　　1201 N. Pacific Avenue, Suite 103
　　　　　　　　　　　　　　　　Glendale, CA  91202

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant and with a paper copy being sent via U.S. Mail to non CM/ECF user:

> Pierre Zarokian
> Submit Express
> 1201 North Pacific Avenue
> Suite 103
> Glendale, CA  91202

/s/ Susan Johnson

PHOENIX 64225-16 516794v1