David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff
Xcentric Ventures, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, d/b/a Ripoff Report.com,<br><br>Plaintiff,<br><br>v.<br><br>Joshua Polloso Epifaniou and Pierre Zarokian,<br><br>Defendants. | 2:18-cv-03661-DJH<br><br>**NOTICE OF APPEARANCE** |

Pursuant to District Court Local Rule LRCiv. 83.3(a), NOTICE IS HEREBY GIVEN that David S. Gingras hereby enters his appearance in this matter as co-counsel of record on behalf of Plaintiff Xcentric Ventures, LLC.

DATED March 15, 2019.        **GINGRAS LAW OFFICE, PLLC**
                              /S/ David S. Gingras
                              David S. Gingras
                              Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and by email to:

Pierre Zarokian
1201 N. Pacific Avenue, #103
Glendale, CA 91202
pierre@submitexpress.com
Defendant Pro Se

/s/David S. Gingras

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044